In the Matter of the Application of FREEHOLDERS OF THE TOWNS OF ELMA AND MARILLA, IN THE COUNTY OF ERIE, Respondents, for the Building of a Bridge over Big Buffalo Creek.

TOWN OF ELMA et al., Appellants.

*Towns — bridges — order directing the rebuilding of highway bridge affirmed.*

*Matter of Freeholders of Elma & Marilla,* 201 App. Div. 252, affirmed.

(Argued October 3, 1922; decided October 17, 1922.)

APPEAL from an order of the Appellate Division of the Supreme Court in the fourth judicial department, entered

May 10, 1922, which affirmed an order of Special Term granting the application of the petitioners in the above-entitled proceeding and directing the town boards of said towns of Marilla and Elma to direct the town superintendents of their respective towns to rebuild the bridge on the public highway known as the Marilla-Elma town line road where the same crosses Big Buffalo' creek, one-half the cost thereof to be raised by each of said towns.

*Henry W. Hill* and *Dean R. Hill* for appellants.

*Frank L. Barnet* for respondents.

Order affirmed, without costs; no opinion.

Concur: HISCOCK, Ch. J., HOGAN, CARDOZO, POUND, MCLAUGHLIN, CRANE and ANDREWS, JJ.